UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-511 (SHS) |
| -against- | : | <u>ORDER</u> |
| JAREL SABLE, | : | |
| Defendant(s). | : | |

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that a conference is scheduled for July 7, 2022, at 4:30 p.m. in connection with defendant's violation of supervised release.

Dated: New York, New York
       June 29, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.