UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-511 (SHS) |
| -v- | : | ORDER |
| JAREL SABLE, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       IT IS HEREBY ORDERED that the violation proceeding is adjourned from July 7 to July 11 at 4:30 p.m.

Dated: New York, New York
July 6, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.