

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 26, 2022

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jarel Sable*, 17-cr-511 (SHS)

Dear Judge Stein:

    The Government writes to request an adjournment of the status conference scheduled for August 29, 2022, at 3:30 p.m. in the above-captioned case (the "Conference"). Because the defendant's probation officer is unavailable next week and cannot attend the Conference, the Government respectfully seeks an adjournment to either September 7th or September 8th. Defense counsel consents to this request and is available on both proposed dates. This is the Government's first request for an adjournment.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:   */s/ Brandon C. Thompson*
    Brandon C. Thompson
    Assistant United States Attorney
    (212) 637-2444

cc: Counsel of Record (by ECF)

**The conference is adjourned to September 9 at 10:00 a.m.**

**Dated: New York, New York**
       **August 26, 2022**

SO ORDERED

*/s/ Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.