

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 2, 2022

**BY ECF**

APPLICATION GRANTED
SO ORDERED

9/5/22

John G. Koeltl, U.S.D.J.

The Honorable John G. Koeltl
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Jarel Sable*, 17-cr-511 (JGK)

Dear Judge Koeltl:

The Government writes regarding an adjournment of the status conference scheduled for September 9, 2022 at 10:00 a.m. in the above-captioned case. As the Court is aware, the defendant has another case before Your Honor, *U.S. v. Sable*, 22-cr-409 (JGK), in which a conference is scheduled for September 26, 2022 at 4:30 p.m.[1] The parties request that the status conference in this matter scheduled for September 9 be adjourned to September 26 so that the two conferences may coincide. This is the parties' second request for an adjournment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   Brandon C. Thompson
Assistant United States Attorneys
(212) 637-2444 / 2364

cc: Jacqueline E. Cistaro, Esq. (by ECF)

---

[1] During a conference in *U.S. v. Sable*, 22-cr-409 (JGK) held on August 12, 2022, the Court excluded time until the conference scheduled for September 26, 2022.