UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

               -against-                                        22 cr 409 (JGK)
                                                                  17 cr 511 (JGK)

JAREL SABLE
                             Defendant.
-------------------------------------------------------------X

The final pretrial conference, scheduled for October 23, 2023 at 2:30pm, is **adjourned to Wednesday, October 25, 2023, at 11:00am.** Trial remains scheduled for Tuesday, November 7, 2023, at 9:00am.

**SO ORDERED.**

                                                                 JOHN G. KOELTL
                                           UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        October 12, 2023